IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD COKER, JR., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:05-CV-0005-M |
| v. § | |
| § | |
| DALLAS COUNTY JAIL, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND REMANDING ONE CLAIM

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court, with one exception. The Court concludes that the wheelchair deprivation claim alluded to in footnote 24 was asserted against Defendant Bowers in Plaintiff's Rule 7(a) reply, which the Court construes as an Amendment to Plaintiff's Complaint. The Magistrate Judge, shall, therefore, consider the Defendant's Motion to Dismiss that claim.

**SO ORDERED this 17th day of October, 2007.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS