IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD COKER, JR., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:05-CV-0005-M |
| v. § | |
| § | |
| DALLAS COUNTY JAIL, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING SUPPLEMENTAL FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. This fully resolves Defendant Bowers's Motion for Summary Judgment.

**SO ORDERED this 19th day of November , 2007.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS